UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-20381-LEIBOWITZ/SHAW-WILDER

GABRIEL JULIO SOSA,

     *Plaintiff,*

*v.*

CITY OF MIAMI and JOHN DOE
OFFICERS 1-5,

     *Defendants.*

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation by United States Magistrate Judge Detra Shaw-Wilder [ECF No. 9] (the "R&R"), filed on April 28, 2026. Judge Shaw-Wilder recommends dismissing Plaintiff's Complaint without prejudice for failure to comply with court orders. No objections to the R&R were filed during the 14-day objection period. Upon due consideration of the R&R, the filings, the applicable law, and the record, the Court ADOPTS and AFFIRMS the R&R [ECF No. 9].

"In order to challenge the findings and recommendations of the magistrate judge, a party must file written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (cleaned up). The objections must also present "supporting legal authority." S.D. Fla. L. Mag. J.R. 4(b). Once a district court receives "objections meeting the specificity requirement set out above," it must "make a *de novo* determination of those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." *Macort*, 208 F. App'x at 783–84 (cleaned up). To

the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error. *Id.* at 784 (cleaned up).

The parties have not submitted any objections to Judge Shaw-Wilder's R&R, and the time to do so has passed. As such, the Court has reviewed the R&R for clear error only. Upon this review, the Court finds no error whatsoever, and further notes that Judge Shaw-Wilder's R&R is correct. The Court adopts the R&R in its entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [**ECF No. 9**] is **ADOPTED** and made a part of this Order for all purposes.

2. This action is **DISMISSED** *without prejudice.*

3. The *Clerk* is *directed* to mail a copy of this Order to Plaintiff.

4. The *Clerk* is further *directed* to **CLOSE** this case. All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on May 13, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record
        Gabriel Julio Sosa
        125 W 25 St.
        Apt 3
        Hialeah, FL 33010
        PRO SE

2